2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-24248-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Jody R. Clark
202 Florence Drive
Uniontown PA 15401

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/18/2021.

Name and Address of Alleged Transferor(s):

Claim No. 8: Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741

Name and Address of Transferee:

Goldman Sachs Mortgage Company
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/21/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-24248-JAD |
| Jody R. Clark | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 2 |
| Date Rcvd: Feb 19, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14951489 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | on behalf of Debtor Jody R. Clark COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Daniel R. White | on behalf of Debtor Jody R. Clark sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Karina Velter | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |

District/off: 0315-2 User: dpas Page 2 of 2
Date Rcvd: Feb 19, 2021 Form ID: trc Total Noticed: 1

Ronda J. Winnecour
                 cmecf@chapter13trusteewdpa.com

TOTAL: 7