## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JODY R. CLARK                                    Case No. 17-24248JAD

|                  Debtor(s)     |                |
| RONDA J. WINNECOUR,            | Chapter 13     |
| Standing Chapter 13 Trustee,  |                |

|                  Movant       |                     |
| vs.                           | Document No __      |
| GOLDMAN SACHS MORTGAGE CO     |                     |

Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

LOAN HAS BEEN SOLD.  NO ADDITIONAL INFORMATION HAS BEEN PROVIDED BY SERVICER

GOLDMAN SACHS MORTGAGE CO                Court claim# 8/Trustee CID# 2
C/O SELECT PORTFOLIO SVCNG INC*
PO BOX 65450
SALT LAKE CITY, UT 84115

The Movant further certifies that on 09/26/2022 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc:  debtor(s)
        original creditor
        putative creditor
        counsel for debtor(s)
        counsel for the creditor(s) (if known)

DEBTOR(S):
JODY R. CLARK, 202 FLORENCE DRIVE,
UNIONTOWN, PA  15401

DEBTOR'S COUNSEL:
CHARLES O ZEBLEY ESQ*, ZEBLEY
MEHALOV & WHITE PC, PO BOX 2123*,
UNIONTOWN, PA  15401

:
SELECT PORTFOLIO SERVICING**,
BANKRUPTCY NOTICES**, POB 65250,
SALT LAKE CITY, UT  84165

ORIGINAL CREDITOR:
GOLDMAN SACHS MORTGAGE CO, C/O
SELECT PORTFOLIO SVCNG INC*, PO
BOX 65450, SALT LAKE CITY, UT  84115

ORIGINAL CREDITOR'S COUNSEL:
BRIAN C NICHOLAS ESQ, KML LAW
GROUP PC, 701 MARKET ST STE 5000,
PHILADELPHIA, PA  19106

NEW CREDITOR: