Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675



RECEIVED

2022 NOV 14  A 9: 44

## UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re: Jody R Clark
CHAPTER 13
CASE NUMBER: 17-24248

TO: Clerk of the Court

Please withdraw transfer of claim document for number 6, docket #73 filed on 4/7/2022 on behalf of Goldman Sachs Mortgage Company c/o Shellpoint Mortgage Servicing due to an error.

DATED: 11/8/2022
Shellpoint Mortgage Servicing

/s/ Larry Yip

UNITED STATES BANKRUPTCY COURT
FOR THE Western District of PENNSYLVANIA

RECEIVED
2022 NOV 14  A 9: 45

IN RE:

JODY R CLARK

§ CASE NO.
§ 17-24248-JAD
§ Chapter 13
§

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 11/8/2022 via electronic notice unless otherwise stated:

**Debtor**   *Via U.S. Mail*

JODY R CLARK
202 Florence Dr
Uniontown, PA 15401-9059

**Debtors' Attorney**
DANIEL R. WHITE
ZEBLEY MEHALOV & WHITE, P.C.
PO Box 2123 18 MILL STREET SQUARE
Uniontown, PA 15401-1723

**Chapter 13 Trustee**
RONDA J. WINNECOUR
600 Grant St Ste 3250 600 GRANT STREET
Pittsburgh, PA 15219-2719

Respectfully Submitted,

/s/ Rory Liebhart
Rory Liebhart

Larry Yip
P.O. Box 1931
Burlingame, CA 94011

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

SAN JOSE CA 950
8 NOV 2022 PM 3 L



FOREVER / USA