IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:<br>Jody R. Clark | ) <br> ) <br> ) | Case No. 17-24248-JAD <br> Chapter 13 |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee <br> Movant(s) <br> vs. <br> Jody R. Clark | ) <br> ) <br> ) <br> ) <br> ) | |
| Respondent(s) | ) | |

### NOTICE OF ZOOM HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a Zoom Hearing on the Trustee's motion will be held on March 1, 2023, at 10:00 a.m. before Judge Jeffery A. Deller. Parties wishing to appear by Zoom shall make arrangements as directed by Judge Jeffery A. Deller's Zoom Procedures at http://www/pawb.uscourts.gov/content/judge-jeffery-deller. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before February 21, 2023.

| | |
|---|---|
| 2/1/2023 <br> Date | /s/ Ronda J. Winnecour <br> Ronda J. Winnecour (PA I.D. #30399) <br> Attorney and Chapter 13 Trustee <br> U.S. Steel Tower – Suite 3250 <br> 600 Grant Street <br> Pittsburgh, PA  15219 <br> (412) 471-5566 <br> cmecf@chapter13trusteewdpa.com |