File No.: 4109-003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 17-24248 JAD |
| | : | |
| Jody R. Clark, | : | Chapter 13 |
| | : | |
| Debtor, | : | Document No. |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | Related to Document No. |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Jody R. Clark, | : | |
| | : | |
| Respondent. | | |

CERTIFICATE OF SERVICE OF DEBTOR'S RESPONSE TO
<u>TRUSTEE'S MOTION TO DISMISS CASE</u>

    I hereby certify that a copy of the Debtor's Response to Trustee's Motion to Dismiss Case was served upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail.

    Method of service: first class, postage prepaid.
    Total number of parties served: 2
    Number of pages sent per party: 2
    Date executed: February 17, 2023

ZEBLEY MEHALOV & WHITE, P.C.

By <u>/s/ Daniel R. White</u>
    Daniel R. White
    Pa. ID No. 78718
    P.O. Box 2123
    Uniontown, PA 15401
    Telephone: 724-439-9200
    Email: dwhite@Zeblaw.com
    Attorney for Debtor