**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jody R. Clark**
Debtor(s)

Bankruptcy Case No.: 17−24248−JAD

Chapter: 13
Docket No.: 100 − 99

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of April, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 6/12/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **6/21/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **6/12/23.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jody R. Clark  
    Debtor

Case No. 17-24248-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 27, 2023      Form ID: 408      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jody R. Clark, 202 Florence Drive, Uniontown, PA 15401-9059 |
| 14790868 | | The Huntington National Bank, P O Box 894254, Cleveland OH 44101-8539 |
| 15592636 | | U.S. Bank Trust National Association et al, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14715828 | + | Wells Fargo Dealer Svcs. BK Department, P.O. Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 27 2023 23:29:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14715818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:37:12 | Best Buy Visa, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14715819 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 23:37:09 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14715821 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:37:00 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14715820 | | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:03 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14715822 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2023 23:36:59 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14715823 | | Email/Text: mrdiscen@discover.com | Apr 27 2023 23:28:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14790703 | | Email/Text: mrdiscen@discover.com | Apr 27 2023 23:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15524808 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 27 2023 23:28:00 | GS Mortgage-Backed Securities Trust 2022-RPL2, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15340511 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 27 2023 23:29:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15471196 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 27 2023 23:28:00 | Goldman Sachs Mortgage Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14715824 | | Email/Text: bankruptcy@huntington.com | Apr 27 2023 23:29:00 | Huntington National Bank, Bankruptcy Department, 2361 Morse Road--NC2W12, Columbus, OH 43229-5856 |
| 14715825 | | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:03 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14828267 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: 408 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 27 2023 23:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14715826 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2023 23:28:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Dallas, TX 75019-4620 |
| 14951489 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2023 23:28:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14717239 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 27 2023 23:37:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14830790 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:37:05 | PYOD, LLC its successors and assigns as assignee, of MHC Receivables, LLC and FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14715827 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:37:12 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14816994 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14801583 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2023 23:36:58 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GS Mortgage-Backed Securities Trust 2022-RPL2, c/o |
| cr | | Goldman Sachs Mortgage Company |
| cr | | Goldman Sachs Mortgage Company c/o Shellpoint Mort |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 27, 2023 | Form ID: 408 | Total Noticed: 25 |

on behalf of Debtor Jody R. Clark COZ@Zeblaw.com  Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com

Daniel R. White
    on behalf of Debtor Jody R. Clark lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert H. Slone, Trustee
    on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

TOTAL: 7