**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JODY R. CLARK<br><br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>       vs.<br>No Respondents. | Case No.:17-24248 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 25, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/25/2017 and confirmed on 4/24/18. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 111,360.00 |
| Less Refunds to Debtor | 626.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 110,733.01 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,097.45 | |
|   Trustee Fee | 5,033.28 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,130.73 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE | 0.00 | 59,205.94 | 0.00 | 59,205.94 |
|     Acct: 4642 | | | | |
|   GS MORTGAGE-BACKED SECURITIES TR | 2,259.82 | 2,259.82 | 0.00 | 2,259.82 |
|     Acct: 4642 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 1,746.95 | 1,746.95 | 87.42 | 1,834.37 |
|     Acct: 8201 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 21,934.22 | 21,934.22 | 1,860.59 | 23,794.81 |
|     Acct: 2069 | | | | |
| | | | | 87,094.94 |
| **Priority** | | | | |
|   CHARLES O ZEBLEY ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JODY R. CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JODY R. CLARK | 626.99 | 626.99 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 4,097.45 | 4,097.45 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | \*\*\*NONE\*\*\* | | |
| **Unsecured** | | | | |
|   BEST BUY CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9599 | | | | |
|   MIDLAND FUNDING LLC | 5,130.42 | 5,130.42 | 0.00 | 5,130.42 |
|     Acct: 4642 | | | | |
|   SYNCHRONY BANK | 2,737.34 | 2,737.34 | 0.00 | 2,737.34 |
|     Acct: 0276 | | | | |
|   PYOD LLC - ASSIGNEE | 478.04 | 478.04 | 0.00 | 478.04 |
|     Acct: 2613 | | | | |
|   DISCOVER BANK(*) | 4,830.15 | 4,830.15 | 0.00 | 4,830.15 |
|     Acct: 1160 | | | | |
|   SYNCHRONY BANK | 1,331.39 | 1,331.39 | 0.00 | 1,331.39 |

17-24248 JAD                                                                          Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 9019 | | | | |
| | SEARS CREDIT CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2283 | | | | |
| | ANGELA CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CBNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 14,507.34 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 101,602.28 |

TOTAL CLAIMED
PRIORITY           0.00
SECURED       25,940.99
UNSECURED     14,507.34

Date: 04/25/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    JODY R. CLARK

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:17-24248 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jody R. Clark  
    Debtor

Case No. 17-24248-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 27, 2023      Form ID: pdf900      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jody R. Clark, 202 Florence Drive, Uniontown, PA 15401-9059 |
| 14790868 | | The Huntington National Bank, P O Box 894254, Cleveland OH 44101-8539 |
| 15592636 | | U.S. Bank Trust National Association et al, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14715828 | + | Wells Fargo Dealer Svcs. BK Department, P.O. Box 3569, Rancho Cucamonga, CA 91729-3569 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 27 2023 23:29:00 | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14715818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:37:00 | Best Buy Visa, P.O. Box 790441, Saint Louis, MO 63179-0441 |
| 14715819 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 23:37:09 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14715821 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:37:00 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 14715820 | | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:04 | CareCredit/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14715822 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2023 23:37:11 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14715823 | | Email/Text: mrdiscen@discover.com | Apr 27 2023 23:28:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14790703 | | Email/Text: mrdiscen@discover.com | Apr 27 2023 23:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15524808 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 27 2023 23:28:00 | GS Mortgage-Backed Securities Trust 2022-RPL2, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15340511 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 27 2023 23:29:00 | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15471196 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 27 2023 23:28:00 | Goldman Sachs Mortgage Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14715824 | | Email/Text: bankruptcy@huntington.com | Apr 27 2023 23:29:00 | Huntington National Bank, Bankruptcy Department, 2361 Morse Road--NC2W12, Columbus, OH 43229-5856 |
| 14715825 | | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:10 | Lowe's/Synchrony Bank, Attn: Bankruptcy Deptartment, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14828267 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| | | | Apr 27 2023 23:29:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
|---|---|---|---|---|
| 14715826 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2023 23:28:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Dallas, TX 75019-4620 |
| 14951489 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 27 2023 23:28:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14717239 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 27 2023 23:37:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14830790 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 23:37:05 | PYOD, LLC its successors and assigns as assignee, of MHC Receivables, LLC and FNBM, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14715827 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 23:37:12 | Sears Mastercard, P.O. Box 6282, Sioux Falls, SD 57117-6282 |
| 14816994 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 23:37:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14801583 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 27 2023 23:37:04 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | GS Mortgage-Backed Securities Trust 2022-RPL2, c/o |
| cr | | Goldman Sachs Mortgage Company |
| cr | | Goldman Sachs Mortgage Company c/o Shellpoint Mort |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | U.S. BANK TRUST NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com |
| Charles O. Zebley, Jr. | |

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Apr 27, 2023 | Form ID: pdf900 | Total Noticed: 25

| | |
|---|---|
| | on behalf of Debtor Jody R. Clark COZ@Zeblaw.com Lori@Zeblaw.com,Janet@Zeblaw.com,Sheila@Zeblaw.com |
| Daniel R. White | |
| | on behalf of Debtor Jody R. Clark lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert H. Slone, Trustee | |
| | on behalf of Trustee Robert H. Slone  Trustee robertslone223@gmail.com, rslone@pulsenet.com;pa07@ecfcbis.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |

TOTAL: 7